

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: VIVIAN A. SMITH**                                      **CASE NO. 18-13926**

### AGREED ORDER RESOLVING
### OBJECTION TO CONFIRMATION (DK#13)

The Court, being advised that the respective parties have resolved their dispute concerning the OBJECTION TO CONFIRMATION (DK#13), does hereby find and adjudicate, in accordance with the agreement of the parties, as follows:

1. That Republic Finance, LLC shall be paid $700.00 plus 6.75% interest in monthly payments to be determined by the Trustee over the life of the debtor's plan.

2. That upon payment of $700.00, plus interest, any liens be canceled and any title documents be returned to the debtor.

3. That the remaining balance shall be paid as an unsecured creditor.

**##END OF ORDER##**

/s/ Bart M. Adams
Bart M. Adams
Attorney for Republic Finance, LLC

Attorney for Debtor

Jeff Collier by permission BMA
Chapter 13 Trustee

Submitted by:

Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com